UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lamont Rippy, *et al.*,

    Plaintiffs,

v.                                                Case No.  10-12217
                                                Honorable Sean F. Cox

Mortgage Electronic Registration
Systems, Inc., *et al.*,

    Defendants.
_____/

## ORDER
## ADOPTING MARCH 6, 2012 REPORT & RECOMMENDATION
## AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Plaintiffs filed suit against Defendants, asserting numerous claims relating to their residential mortgage.

    Thereafter, Defendants filed a motion for summary judgment, which this Court referred to Magistrate Judge Mona Majzoub for issuance of a report and recommendation.

    On March 6, 2012, Magistrate Judge Majzoub issued her Report and Recommendation ("R&R") wherein she recommends that the Court grant Defendants' motion and dismiss this case with prejudice.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the March 6, 2012 R&R.  IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED and this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        S/Sean F. Cox  
                                        Sean F. Cox  
                                        United States District Judge

Dated:  March 26, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2012, by electronic and/or ordinary mail.

                                        S/Jennifer Hernandez  
                                          Case Manager